**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 SEP 22  PM 3:52

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO. |
| **Plaintiff,** | JUDGE |
| v. | **INDICTMENT** |
| **OMAR M. OMAR** | 18 U.S.C. § 922(g)(1) |
| **Defendant.** | 18 U.S.C. § 924(a)(2) |
|  | 21 U.S.C. § 841(a)(1) |
|  | 21 U.S.C. § 841(b)(1)(C) |
|  | **FORFEITURE ALLEGATIONS** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Felon in Possession of a Firearm)**

1.      On or about October 30, 2021, in the Southern District of Ohio, the defendant, **OMAR M. OMAR**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically, a Ruger SR22, .22 caliber pistol, bearing serial number 362-39924, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).**

1

## COUNT 2
### (Possession with Intent to Distribute Fentanyl and Cocaine)

2.      On or about October 30, 2021, in the Southern District of Ohio, the defendant, **OMAR M. OMAR,** did knowingly, intentionally and unlawfully possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## FORFEITURE ALLEGATION A

3.      The allegations of Count One of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4.      Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **OMAR M. OMAR**, shall forfeit to the United States his interest in any firearm and ammunition involved in or used in such violation, including, but not limited to, the following:

- One Ruger SR22, .22 caliber pistol, bearing serial number 362-39924; and

- All associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

2

## FORFEITURE ALLEGATION B

5.     The allegations of Count Two of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 21 U.S.C. § 853(a)(1)-(2) and 28 U.S.C. § 2461(c).

6.     Upon conviction of the offense alleged in Count Two of this Indictment, the defendant, **OMAR M.  OMAR**, shall forfeit to the United States his interest in any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, or used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including, but not limited to, the following:

- One Ruger SR22, .22 caliber pistol, bearing serial number 362-39924; and

- All associated ammunition.

**Forfeiture pursuant to 21 U.S.C. § 853(a)(1)-(2), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

*s/Foreperson*

_____

**FOREPERSON**

**KENNETH L. PARKER**
**United States Attorney**

**JENNIFER M. RAUSCH (0075138)**
**KEVIN W. KELLEY (0042406)**
**Assistant United States Attorneys**

3